[No. 25079–5–I.   Division One.   April 8, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
LAWRENCE TUNNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89–1–03448–1, Stephen M. Reilly, J., entered
October 24, 1989. *Affirmed* by unpublished opinion per
Kennedy, J., concurred in by Grosse, C.J., and Scholfield, J.

[No. 24489–2–I.   Division One.   April 8, 1991.]

JOHN FRASER TAIT, *Respondent*, v. ARLEY E. NICHOLS,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89–2–02824–7, John W. Riley, J., entered June
16, 1989. *Affirmed* by unpublished opinion per Pekelis, J.,
concurred in by Grosse, C.J., and Agid, J.

[No. 25024–8–I.   Division One.   April 8, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY
EDGARDO STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 89–8–03530–0, Anthony P. Wartnik, J.,
entered September 29, 1989. *Affirmed* by unpublished
opinion per Pekelis, J., concurred in by Coleman and Ken-
nedy, JJ.

[No. 25548–7–I.   Division One.   April 8, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. OTIS
WOODFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 88–1–02208–5, Frank L. Sullivan, J., entered
January 29, 1990. *Reversed* and *dismissed* by unpublished
opinion per Pekelis, J., concurred in by Webster, A.C.J.,
and Forrest, J.